COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Elizabeth C. Perez v. Sylvester Turner, Mayor, Karun Sreerama, Director of Public Works and Engineering and The City of Houston

Appellate case number:    01-16-00985-CV

Trial court case number:  2015-34786

Trial court:            11th District Court of Harris County

Appellees filed a motion for rehearing on November 2, 2018. The motion for rehearing is **GRANTED.** *See* TEX. R. APP. P. 49.3.

The cause was previously submitted to the Court before a panel in which one of the justices whose term of office expired before the motion for rehearing was decided. Accordingly, the case is scheduled for submission on rehearing without oral argument on the briefs for March 26, 2019, before a panel consisting of Justice Keyes, Justice Lloyd, and Justice Kelly, subject to change by the Court. No additional briefing is requested at this time. *See id.*

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
                     Acting for the Court


Date: ___March 5, 2019_____